1   PATRICK J. MULLIGAN
    THE MULLIGAN LAW FIRM
2   4514 Cole Ave. STE 300
    Dallas, TX 75205
3   Telephone: (214) 219-9779
    Facsimile: (214) 520-8789
4   Email: office@mulliganlaw.com

5
    Attorney for Plaintiff, Minnie Presley
6

7

8

9

10

11

12                 UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14

15
                                      )   **Case No. [06-5587 CRB]**
16   IN RE: BEXTRA AND CELEBREX        )
     MARKETING SALES PRACTICES AND     )   **MDL NO. 1699**
17   PRODUCT LIABILITY LITIGATION      )   **District Judge: Charles R. Breyer**
                                       )
18  ─────────────────────────────     )
                                       )
19   Minnie Presley,                   )
                                       )
20                        Plaintiff,   )   **STIPULATION AND ORDER OF**
                                       )   **DISMISSAL WITH PREJUDICE**
21                  vs.                )
                                       )
22   Pfizer Inc, et al.                )
                          Defendants.  )
23                                     )

24

25          Come now the Plaintiff(s), Minnie Presley, and Defendants, by and through the

26   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

     stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
27
     fees and costs.
28

                                           -1-

1

2
DATED: _____, 2009          THE MULLIGAN LAW FIRM

3
                              By:_____

4
                                 Patrick J. Mulligan
                                 Attorney for Plaintiff, Minnie Presley

5

6
DATED: Oct. 22, 2009          DLA PIPER LLP (US)

7
                              By:_____
                                         /s/

8
                                      Matt Holian
                                 Attorneys for Defendants

9

10

11
**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

12
**IT IS SO ORDERED.**

13

14
Dated: **OCT 2 8 2009**

15
                              Hon. Charles R. Breyer
                              United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE