1  PATRICK J. MULLIGAN
   THE MULLIGAN LAW FIRM
2  4514 Cole Ave. STE 300
   Dallas, TX 75205
3  Telephone: (214) 219-9779
   Facsimile: (214) 520-8789
4  Email: office@mulliganlaw.com

5
   Attorney for Plaintiff, Ida Lango
6

7

8

9

10

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15
                                              ) Case No. [06-5587 CRB]
16 IN RE: BEXTRA AND CELEBREX                 )
   MARKETING SALES PRACTICES AND              ) MDL NO. 1699
17 PRODUCT LIABILITY LITIGATION               ) District Judge: Charles R. Breyer
                                              )
18 ─────────────────────────────              )
                                              )
19 Minnie Presley and Ida Lango,              )
                                              ) **STIPULATION AND ORDER OF**
20                           Plaintiffs,      ) **DISMISSAL WITH PREJUDICE**
                                              )
21             vs.                            )
                                              )
22 Pfizer Inc, et al.                         )
                           Defendants.        )
23                                            )

24
        Come now the Plaintiff(s), Ida Lango, and Defendants, by and through the undersigned
25
   attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the
26
   dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.
27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: 10-14, 2009     THE MULLIGAN LAW FIRM

By: _____
    Patrick J. Mulligan
Attorney for Plaintiff, Ida Lango

DATED: Oct. 22, 2009   DLA PIPER LLP (US)

By: ___/s/_____
    Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-